[No. 14734-7-III.    Division Three.    January 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
GENE HELME, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-00194-0, Kathleen M. O'Connor,
J., entered March 6, 1995. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Schultheis, J.

[No. 35756-5-I.    Division One.    July 22, 1996.]

POLYGRAM MUSIC PUBLISHERS, INC., ET AL.,
*Respondents*, v. GENERAL INSURANCE COMPANY OF
AMERICA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-26062-8, Carol A. Schapira, J., entered
November 18 and December 6, 1994. *Reversed with
instructions* by unpublished opinion per Ellington, J.,
concurred in by Kennedy, A.C.J., and Webster, J.

[Nos. 36314-0-I; 38051-6-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES
ESPINOZA HERNANDEZ, *Appellant*.

*In the Matter of the Personal Restraint of* ANDRES
ESPINOZA HERNANDEZ, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04833-1, Arthur E. Piehler, J., entered
May 27, 1994, together with a petition for relief from
personal restraint. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Ellington, J., and Moynihan,
J. Pro Tem.